# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2016 FEB 26  PM 2 55
U.S. DISTRICT COURT
NEW HAVEN, CT.

Dyanna L. Green
                    Plaintiff,
v.

Case No. 3:16CV321-VLB
(To be supplied by the Court)

East Haven Police Department
                    Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.  Plaintiff resides at the following location: 37 Wilford Avenue #2

Branford, CT 06405

2.  Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 471 North High Street   East Haven, CT 06512

3.  This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☐   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☒   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: 1954 .

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. List **all** cases you have filed in this court in the last ten (10) years. Use additional sheets if necessary:

NONE

5. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

(B) ☒ Termination of my employment. I was terminated from my employment on the following date: December 31, 2014 .

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): ____


(D) ☐ Other acts as specified below: _____

_____

_____

_____

_____

6. The conduct of the Defendant(s) was discriminatory because it was based upon: race [☐ color [☐, religion [☐, sex [☐, age [☒], national origin [☐ or disability [☐. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

7. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

After 11 years of employment at the East Haven Police Dept. a new clerk 30 years younger than me was hired to replace another clerk that retired. For the next 2 1/2 years I was constantly critizied and confronted about they way in which I preformed my duties and the time it took me to complete them, (always in front of my co-workers). I was singled out by my supervisor and under scrutiny by the Chief of Police. My co-worker was never questioned, she was given preferential treatment for new assignemnts, overtime and an unusal amount of personal attention and courtsey. After taking a package of biscuits, I was given a choice: be fired or retire. The plan was to always, put the younger, prettier clerk in charge.

8. The approximate number of persons who are employed by the Defendant employer I am suing is: 60 _____ .

9. The alleged discrimination occurred on or about the following date(s) or time period: Approximately June 2012 thru December 2014 _____ .

10. I filed charges with the:

    ☒ Equal Employment Opportunity Commission

    ☐ Connecticut Commission on Human Rights and Opportunities

11. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: 11/28/2015 .

[**NOTE**: If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

12. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: They did NOT determind there was no probable cause, they chose not to pursue the complaint due to being unable to establish a violation. However, they could NOT certify that the East Haven Police Dept. was IN compliance with the statutes. After 13 years I hadn't been mistrusted or questioned about my abilites to perform my job until the new clerk was hired.

13. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

14. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE**: While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

    ☐ Injunctive orders (specify the type of injunctive relief sought): _____

    ☒ Backpay;

☐ Reinstatement to my former position;

☒ Monetary damages (specify the type(s) of monetary damages sought): __

An amount equal to, or more than, of at least one and one half year of wages                ;

☒ Other (specify the nature of any additional relief sought, not otherwise provided for on this form):  compensation for emotional and physical distress and financial hardship                ;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☒    DO NOT ☐    demand a trial by jury.

Original signature of attorney (if any)     **Plaintiff's Original Signature**

Printed Name and address                   Printed Name and address
                                           Dyanna L. Green

( )                                        (203) 483-9192
Attorney's telephone                       Plaintiff's telephone

                                           ladidy24@yahoo.com
Email address if available                 Email address if available

Dated: 02/25/2016

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___New Haven___ on ___2/25/16___.
               (location)              (date)

_____
Plaintiff's Original Signature

(Rev. 9/24/08)

EEOC Form 161 (11/09)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Dyanna L. Green<br>37 Wilford Avenue - 2nd Floor<br>Branford, CT 06405 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 523-2016-00010 | Susan M. Boscia, Investigator | (617) 565-3213 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Feng K. An,
Area Office Director

NOV 2 5 2015
*(Date Mailed)*

Enclosures(s)

CC:

**EAST HAVEN POLICE DEPARTMENT**
**471 North High Street**
**East Haven, CT 06512**